Submitted on record and briefs May 8, judgment vacated; remanded to trial court with instructions in part; otherwise affirmed August 6, 1997

STATE OF OREGON,
*Respondent,*

*v.*

JOHNNY LEE GILMOUR,
*Appellant.*

(TM95-21825; CA A95751)

944 P2d 322

Chris W. Dunfield filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, filed the brief for respondent.

Before Deits, Chief Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Judgment vacated; remanded to the trial court with instructions to enter the conviction for driving while suspended as a violation, and for resentencing; otherwise affirmed. *State v. Gilmour (A95759),* 149 Or App 414, 944 P2d 321 (1997).